UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
February 20, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:08-cr-64 MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Candy Wu, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Candy Wu</u> Case <u>2:08-cr-64 MCE</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _    Release on Personal Recognizance

    _    Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $700,000, co-signed by co-defendant's aunt, Ms. Ki [Cai], and uncle, Mr. Tang, and replaced by a bond secured by the real property owned by Ms. Ki [Cai] and Mr. Tang by 2/28/08.

    _    Appearance Bond with 10% Deposit

    _    Appearance Bond secured by Real Property

    _    Corporate Surety Bail Bond

    X    (Other) <u>PTS conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>2/20/08</u> at 5 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge