1  **DOUGLAS L. RAPPAPORT (SBN 136194)**
   **MICHELLE M. THOMSON (SBN 193658)**
2  **LAW OFFICES OF DOUGLAS L. RAPPAPORT**
   260 California Street, Suite 1002
3  San Francisco, CA 94111
   (415) 989-7900
4
   Attorneys for Defendant
5  **CANDY WU**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>CANDY WU, et al.,<br><br>           Defendants.<br>_____/ | Criminal No. 2:08-cr-0064<br>STIPULATION AND<br>ORDER TO CONTINUE<br>JULY 24, 2008<br>STATUS CONFERENCE AND<br>EXCLUDE TIME |

      IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Michael Beckwith, counsel for the plaintiff, and below signed counsel for each of the defendants in the above mentioned case, that the status conference now scheduled for July 24, 2008 at 10:00 a.m., is extended until September 11, 2008 at 10:00 a.m., or as soon thereafter as is convenient for the Court.

      This continuance is sought in order to permit continuation of on-going negotiations.

      The defense and government are jointly requesting this continuance.

      The court interpreter coordinator, Yolanda Riley Portal has been notified and has indicated that September 11, 20008 is an available date for the interpreter's office.

      IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act continues to be excluded from July 24, 2008 through September 11, 2008, pursuant to 18 U.S.C.§ 3161 (h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

IT IS SO STIPULATED.

Dated: 7-22-08                                              /s/
                                          **MICHAEL BECKWITH**
                                          Counsel for Plaintiff

Dated: 7-22-08                                              /s/
                                          **DOUGLAS L. RAPPAPORT**
                                          Counsel for CANDY WU

Dated: 7-22-08                                              /s/
                                          **DOUGLAS HORNGRAD**
                                          Counsel for FU LONG WU

ORDER

IT IS SO ORDERED the July 24, 2008 Status Conference is VACATED and CONTINUED to September 11, 2008 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr. Time is excluded through that date pursuant to 18 U.S.C.§ 3161 (h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

Dated: August 4, 2008

                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE