STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Candy Wu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>Vs.<br><br>CANDY WU,<br><br>        Defendant. | No. 2:08-CR-00064-MCE<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE THE JUNE 9, 2011 SENTENCING DATE TO SEPTEMBER 29, 2011<br><br>Honorable Morrison C. England |

      IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Michael Beckwith, counsel for the Plaintiff, and Defendant Candy Wu, by her Counsel, Steven F. Gruel, that the Sentencing Date currently scheduled for June 9, 2011, at 9:00 a.m., is continued to September 29, 2011 at 9:00 a.m., or as soon thereafter as is convenient for the Court.

///

///

1     The Court interpreter coordinator, Yolanda Riley Portal, and the United States probation
2 Officer assigned to this case has been notified of this continuance and has indicated that
3 September 29, 2011, is an available date.
4     IT IS SO STIPULATED.

Dated:  June 1, 2011            __/s/_____
                                  STEVEN F. GRUEL
                                Attorney for Candy Wu

Dated:  June 1, 2011            __/s/_____
                                MICHAEL BECKWITH
                                Attorney for United States of America

<u>ORDER</u>

    IT IS SO ORDERED.

**Date:  <u>6/7/2011</u>**

                                _____
                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE