STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Candy Wu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>Vs.<br><br>CANDY WU,<br><br>          Defendant. | No. CR-2:08-CR-00064-02-MCE<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE THE SEPTEMBER 29, 2011 SENTENCING DATE TO OCTOBER 27, 2011<br><br>Honorable Morrison C. England |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Michael Beckwith, counsel for the Plaintiff, and Defendant Candy Wu, by her Counsel, Steven F. Gruel, that the Sentencing Date currently scheduled for September 29, 2011, at 9:00 a.m., is continued to October 27, 2011 at 9:00 a.m., or as soon thereafter as is convenient for the Court.

      The Court interpreter coordinator, Yolanda Riley Portal, and the United States probation Officer assigned to this case has been notified of this continuance and has indicated that October 27, 2011, is an available date.

///

IT IS SO STIPULATED.

Dated: September 14, 2011      /s/
                               STEVEN F. GRUEL
                               Attorney for Candy Wu

Dated: September 14, 2011      /s/
                               MICHAEL BECKWITH
                               Attorney for United States of America

## ORDER

IT IS SO ORDERED.

September 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE