STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Candy Wu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>CANDY WU,<br><br>                Defendant. | )  Case No. 2:08-cr-00064-02-MCE<br>)<br>)<br>)<br>)<br>)  STIPULATION AND  ORDER TO<br>)  CONTINUE THE OCTOBER 18, 2012<br>)  SENTENCING DATE TO<br>)  FEBRUARY 28, 2013<br>)<br>)  Honorable Morrison C. England<br>)<br>)<br>)<br>)<br>) |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Michael

Beckwith, counsel for the Plaintiff, and Defendant Candy Wu, by her Counsel, Steven F.  Gruel,

that the Sentencing Date currently scheduled for October 18, 2012, at 9:00 a.m., is continued to

February 28, 2013 at 9:00 a.m., or as soon thereafter as is convenient for the Court.

        The Court interpreter coordinator, Yolanda Riley Portal, and the United States Probation

Officer assigned to this case has been notified of this continuance and has indicated that

February 28, 2013, is an available date.

///

IT IS SO STIPULATED.

Dated: October 17, 2012 _____/s/_____
STEVEN F. GRUEL
Attorney for Candy Wu

Dated: October 17, 2012 _____/s/_____
MICHAEL BECKWITH
Attorney for United States of America

ORDER

IT IS SO ORDERED.

Dated: October 22, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE