STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Candy Wu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     Vs.<br><br>CANDY WU,<br><br>            Defendant. | No. CR-2:08-CR-00064-MCE<br><br>STIPULATION AND ORDER TO CONTINUE THE MAY 2, 2013 SENTENCING DATE TO MAY 16, 2013<br><br>Honorable Morrison C. England |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Michael Beckwith, counsel for the Plaintiff, and Defendant Candy Wu, by her Counsel, Steven F. Gruel, that the Sentencing Date currently scheduled for May 2, 2013, at 9:00 a.m., is continued to May 16, 2013 at 9:00 a.m., or as soon thereafter as is convenient for the Court.

   The Court interpreter coordinator, Yolanda Riley Portal, and the United States Probation Officer assigned to this case has been notified of this continuance and has indicated that May 16, 2013, is an available date.

IT IS SO STIPULATED.

Dated: May 1, 2013          __/s/_STEVEN GRUEL_____
                            STEVEN F. GRUEL
                            Attorney for Candy Wu


Dated: May 1, 2013          __/s/_MICHAEL BECKWITH_____
                            MICHAEL BECKWITH
                            Attorney for United States of America


ORDER

IT IS SO ORDERED.

DATE: May 1, 2013


_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT