HEATHER E. WILLIAMS, Bar #122664
Federal Defender
SEAN RIORDAN, Bar #255752
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
sean_riordan@fd.org
Telephone: (916) 498-5700

Requesting Appointment for
CANDY WU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case №:2:08-cr-00064- MCE |
| Plaintiff, | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | |
| CANDY WU, | Judge:   Kendall J. Newman |
| Defendant. | |

CANDY WU, through the Federal Defender for the Eastern District of California, hereby requests the Office of the Federal Defender be appointed as counsel.

Ms. Wu contacted the Federal Defender's Office seeking assistance with the exoneration of an appearance bond from her closed criminal case (2:08-cr-64 MCE) that is secured by real property.  Ms. Wu's former retained counsel from her criminal case failed to seek exoneration of that bond.  The Federal Defender's Office received a financial affidavit indicating Ms. Wu qualifies for appointed counsel.  The Federal Defender's Office respectfully requests appointment to represent Ms. Wu.

/ / /

/ / /

*Application for and Proposed Order*
*Appointing Counsel*                    1

1   DATED: January 27, 2015

2                                        Respectfully submitted,

3                                        HEATHER E. WILLIAMS
                                         Federal Defender

4                                        */s/ Sean Riordan*
                                         SEAN RIORDAN
5                                        Assistant Federal Defender

6

7                                        ORDER

8

9           Upon Ms. Wu's Application and the Federal Defender's review of her Financial

10   Affidavit, having satisfied the Court that she is unable to employ counsel,

11          IT IS HEREBY ORDERED that the Federal Defenders Office is appointed as counsel for

12   representation pursuant to 18 U.S.C. § 3006A.

13   Dated:  January 28, 2015

14

15

16                                       KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

*Application for and Proposed Order*
*Appointing Counsel*              2