HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
CANDY WU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:08-cr-00064 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
|  | ) TO EXONERATE PROPERTY BOND |
| v. | ) |
| CANDY WU, | ) |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, United States of America, and Defendant, Candy Wu, that the $700,000 property bond posted to secure Ms. Wu's pretrial release should be ordered exonerated and that the Clerk of the Court shall reconvey the real property securing the bond to the surety.

On February 20, 2008, the Court ordered Ms. Wu released on a $700,000 unsecured bond co-signed by a co-defendant's aunt and uncle, Ms. Ki (elsewhere spelled Cai) and Mr. Tang. The Court ordered that the unsecured bond be replaced by a bond secured by the real property owned by Ms. Ki and Mr. Tang by February 28, 2008. (Dkt #10.)  The collateral, DOT #2008-004-0036-00, was posted with the Clerk's Office on February 26, 2008 (Dkt #17 (not visible on the public docket)) and remains in place.

Ms. Wu entered a guilty plea on a superseding information on March 17, 2011. (Dkt #100.) The Court sentenced her to 21 months imprisonment, to begin on or before August 15,

2013. (Dkt #213.) Ms. Wu was released from federal custody on December 18, 2014, having completed her term of imprisonment.

The parties stipulate and agree that the bond secured by the real property of Ms. Ki and Mr. Tang should be exonerated and the property securing it reconveyed to the sureties.

Dated: January 29, 2015         Respectfully submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

                                */s/ Sean Riordan*
                                SEAN RIORDAN
                                Assistant Federal Defender
                                Attorney for CANDY WU


Dated: January 29, 2015         BENJAMIN B. WAGNER
                                United States Attorney

                                */s/ Sean Riordan with consent*
                                MICHAEL BECKWITH
                                Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED in case no. 2:08-cr-00064-MCE that the bond secured by property identified as DOT #2008-004-0036-00 from Ms. Ki and Mr. Tang be exonerated and that the Clerk of the Court reconvey to the sureties, Ms. Ki and Mr. Tang, the real property that was posted as security in this case, free and clear of any federal lien.

Dated:  January 30, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE